

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Valerie Lee Stanton, Appellant

No. 06-19-00008-CR     v.

The State of Texas, Appellee

Appeal from the County Court at Law No. 3 of Travis County, Texas (Tr. Ct. No. C-1-CR-17-500300). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Valerie Lee Stanton, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 5, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk